# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00548-CV

### In re Ronnie Jean Davis, Sr.

### ORIGINAL PROCEEDING FROM BELL COUNTY

### M E M O R A N D U M  O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Filed:  September 15, 2006